NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM ANTHONY SMITH,           )
                                 )
      Appellant,                 )
                                 )
v.                               )       Case No.  2D17-924
                                 )
STATE OF FLORIDA,                )
                                 )
      Appellee.                  )
_____)

Opinion filed March 9, 2018.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Howard L. Dimmig, II, Public Defender,
and Maura J. Kiefer, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.

      Affirmed.



SILBERMAN, CRENSHAW, and SLEET, JJ., Concur.